HENRY SEELYE

*v.*

ELIZA A. SEELYE.

*Filed at Ottawa October 31, 1892.*

APPEALS AND WRITS OF ERROR—*when appeal lies from the Appellate Court—separate maintenance.* No appeal lies from the judgment of the Appellate Court affirming the decree of the circuit court in a suit by a wife for separate maintenance, where the sum decreed the wife is less than $1000,—following *Umlauf* v. *Umlauf*, 103 Ill. 651. In *Jenkins* v. *Jenkins*, 104 Ill. 134, and in *Johnson* v. *Johnson*, 125 id. 510, the question of jurisdiction was not raised or decided.

APPEAL from the Appellate Court for the Second District;—heard in that court on appeal from the Circuit Court of Marshall county; the Hon. T. M. SHAW, Judge, presiding.

Mr. WINSLOW EVANS, and FRED. S. POTTER, for the appellant.

Mr. T. F. CLOVER, and Messrs. BARNES & BARNES, for the appellee.

Per CURIAM: This is a proceeding, under the statute, to recover separate maintenance. The amount decreed to be paid is less then $1000, and the facts are precisely the same as they were in *Umlauf* v. *Umlauf*, 103 Ill. 651. For the reasons given in that case the appeal must be dismissed. In *Jenkins* v. *Jenkins*, 104 Ill. 134, and in *Johnson* v. *Johnson*, 125 id. 510, the question of jurisdiction was not called to the attention of the court, and no decision was made in either of those cases in that respect. *Appeal dismissed.*